**No. D-2478. In the Matter of Discipline of La Quetta Maria Golden.**

561 U.S. 1044, 131 S. Ct. 41, 177 L. Ed. 2d 1130, 2010 U.S. LEXIS 5584.

July 26, 2010. La Quetta Maria Golden, of Gulfport, Mississippi, is suspended from the practice of law in this Court, and a rule will issue, returnable

within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.